# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sandra Kaye Freitas | **Case No :** | 13–20253 – D – 7 |
| | | **Date :** | 4/24/13 |
| | | **Time :** | 10:00 |
| **Matter :** | [20] – Motion/Application to Dismiss Case [SKF–1] Filed by Debtor Sandra Kaye Freitas (ltas) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted and the case is dismissed.

Dated: April 29, 2013

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court